### 750.   BAKER *v.* THE STATE.

HILL, C. J.   1.   This case is controlled by the decisions of this court in
*Mosely* v. *State*, and *Harwell* v. *State*, ante, 189, 613 (58 S. E. 1111),
and by the decision in *Millinder* v. *State*, 124 *Ga.* 452 (52 S. E. 760).
                    *Judgment affirmed.*

Accusation of cheating and swindling, from city court of Bax-
ley—Judge Thomas.   August 21, 1907.

Submitted October 9,—Decided October 16, 1907.

From the evidence it appeared, that Baker, on December 22,
1906, contracted with the Beach Lumber Company, to begin work
for it on the 27th day of the same month as wagoner, and to con-

tinue the work for one year, or until he had repaid to the company $20 received from it by him under the contract, the company agreeing to pay him $1.50 a day for the work. He did not begin work and did not repay the money or any part of it. The accusation is dated May 28, 1907. In his motion for a new trial, Baker contended that the verdict was contrary to law and to the evidence, because it appeared that the time in which the labor was to be performed had not expired when the accusation was preferred; that sufficient time was left to him to earn the money obtained on the contract.

*James R. Thomas, Joseph A. Morris,* for plaintiff in error.

*V. E. Padgett, solicitor,* contra.